In the Matter of the Application of THE PEOPLE'S SURETY COMPANY OF NEW YORK, for a Voluntary Dissolution.

JESSE S. PHILLIPS et al., as Receivers, Appellants; UNION BANK OF BROOKLYN et al., Respondents.

*Matter of People's Surety Co.*, 186 App. Div. 663, affirmed.
(Argued May 20, 1919; decided June 3, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 7, 1919, which affirmed an order of Special Term, denying the motion of the receivers of the People's Surety Company of New York to offset against the indebtedness of it to the Union Bank of

Brooklyn, a liquidation dividend declared upon 150 shares of the capital stock of the People's Surety Company held by the Union Bank of Brooklyn. The following question was certified: " Should the receivers of the People's Surety Company be allowed to set off $7,500 or any part thereof, out of the $34,786.99 due from the Union Bank of Brooklyn, against a dividend of $50 per share payable out of the assets of the People's Surety Company upon 150 shares of its stock, or any lesser number of shares thereof, held by the Union Bank of Brooklyn? "

*Charles F. Brown* and *Henry C. Willcox* for appellants.
*Joseph G. Deane* and *Philip A. Walter* for respondents.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.